IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Uriel Abel Montero Dominguez ) | No. CV 06-2228-PHX-ROS |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

On September 18, 2006, Plaintiff filed a civil rights Complaint (Doc. #1). On March 7, 2007, Magistrate Judge Mark E. Aspey issued a report and Recommendation ("R&R") recommending that the action be dismissed with prejudice (Doc. #9). As of today, Plaintiff has not filed an Objection.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been
2  made, the Court will adopt the R&R in full.
3       Accordingly,
4       **IT IS ORDERED** that the Report and Recommendation (Doc. #9) is **ADOPTED** and
5  this case is **DISMISSED WITH PREJUDICE**.
6       DATED this 27th day of June, 2007.

_____
Roslyn O. Silver
United States District Judge